| | |
|---|---|
| 1 | Limor Lehavi (Bar No. 189054) |
| 2 | llehavi@archernorris.com |
|   | Chetna Vora (Bar No. 223311) |
| 3 | cvora@archernorris.com |
|   | Elizabeth Otley (Bar No. 260518) |
| 4 | eotley@archernorris.com |
|   | ARCHER NORRIS |
| 5 | 4695 MacArthur Court, Suite 350 |
|   | Newport Beach, CA 92660-8816 |
| 6 | Telephone: 949.975.8200 |
|   | Facsimile: 949.975.8210 |
| 7 | Attorneys for Defendant |
| 8 | MID-CENTURY INSURANCE COMPANY, erroneously sued as "Mid-Century Insurance Company and The Farmers Group" |
| 9 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTINE RILEY, | Case No. CV09-6837 JFW (FFMx) |
| Plaintiff, | Before the Hon. Judge John F. Walter [Courtroom 16] |
| v. | |
| MID-CENTURY INSURANCE COMPANY and DOES 1 through 25, inclusive, | **ORDER RE STIPULATION FOR DISMISSAL** |
| Defendant. | PTC Date: 05/07/10<br>Trial Date: 05/18/10 |

WHEREAS the Plaintiff, CHRISTINE RILEY and Defendant, MID-CENTURY INSURANCE COMPANY ("Mid-Century") have reached a complete settlement of all claims between them in the above-captioned matter, settlement documents have been executed and Plaintiff and Mid-Century have entered into a stipulation, previously filed with this Court, that the case between them may be dismissed;

The Court hereby vacates Mid-Century's motion for summary judgment

1  presently scheduled for hearing on April 12, 2010 at 1:30 p.m.; and

2      The Court hereby dismisses this action as to Plaintiff's claims against Defendant Mid-Century only, in their entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1), which was previously removed from Los Angeles Superior Court, Case No. NC052753.

7  IT IS SO ORDERED.

9  Dated: April 2, 2010

                                          HONORABLE JOHN F. WALTER
                                          JUDGE OF THE DISTRICT COURT